**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| MATTHEW SCIABACUCCHI, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-02412-G |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| STATE NATIONAL COMPANIES, INC., | ) | CLASS ACTION |
| TERRY LEDBETTER, GENE BECKER, | ) | |
| MARSHA CAMERON, DAVID KING, | ) | |
| FRED REICHELT, MARKEL | ) | |
| CORPORATION, and MARKELVERICK | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF VOLUNTARY OF DISMISSAL</u>

WHEREAS, plaintiff Matthew Sciabacucchi ("Plaintiff") filed the above-captioned action (the "Action") challenging the public disclosures made in connection with the proposed acquisition of State National Companies, Inc. ("State National") by Markel Corporation and Markelverick Corporation, pursuant to a definitive agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around July 26, 2017 (the "Transaction");

WHEREAS, the Action asserts claims for violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 by defendants alleged to have been made in State National's proxy statement filed with the SEC on or around September 11, 2017 (the "Proxy Statement");

WHEREAS, on September 28, 2017, State National filed a supplement to the Proxy Statement on Schedule 14A that included certain additional information relating to the

Transaction that addressed and mooted claims regarding the sufficiency of the disclosures in the Proxy Statement (the "Supplemental Disclosures");

WHEREAS, on October 6, 2017, Plaintiff informed defendants that, in light of his view that his claims had been mooted by the Supplemental Disclosures, he intended to dismiss this action and any remaining individual claims with prejudice as to himself, and without prejudice as to the members of the putative class;

WHEREAS, the parties subsequently negotiated and reached agreement on a payment of attorneys' fees and expenses to counsel for Plaintiff to resolve their claim for mootness fees and expenses related to the dissemination of the Supplemental Disclosures;

NOW, THEREFORE, PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice, and his claims on behalf of the putative class without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  December 7, 2017           **KENDALL LAW GROUP, PLLC**

                         By:   */s/ Joe Kendall*

**OF COUNSEL:**                   Joe Kendall
                               Texas Bar No. 11260700

**RIGRODSKY & LONG, P.A.**       jkendall@kendalllawgroup.com
2 Righter Parkway, Suite 120       Jamie J. McKey
Wilmington, DE 19803             Texas Bar No. 24045262
Telephone:  (302) 295-5310       jmckey@kendalllawgroup.com
Facsimile:  (302) 654-7530        3232 McKinney Avenue, Suite 700
                               Dallas, TX 75204
**RM LAW, P.C.**                      Telephone:  (214) 744-3000
1055 Westlakes Drive, Suite 300    Facsimile:  (214) 744-3015
Berwyn, PA 19312
Telephone:  (484) 324-6800       *Attorneys for Plaintiff*
Facsimile:  (484) 631-1305

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served by delivery to all other parties in this case entitled to receive such notification through this Court's CM/ECF system on December 7, 2017.

/s/ Joe Kendall
Joe Kendall