IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MATTHEW SCIABACUCCHI, | ) |
| Plaintiff, | ) |
| v. | ) |
| STATE NATIONAL COMPANIES, INC., et al., | ) |
| Defendants. | ) Civil Action No. 3:17-CV-2412-C |

## ORDER OF DISMISSAL

The Court, having considered Plaintiff's Notice of Voluntary Dismissal, filed December 7, 2017, is of the opinion that Plaintiff may voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). While such a dismissal would normally be without prejudice, Plaintiff's notice specifies that the dismissal is *with* prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). It is therefore **ORDERED** that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE** as of December 7, 2017.[1]

SO ORDERED this 11th day of December, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff references "his claims on behalf of the putative class" and states that those claims should be dismissed without prejudice. However, the Court has not certified any class in this civil action and Plaintiff therefore does not represent the interests of any other individuals. The Court clarifies that Plaintiff's own claims are the only claims presently before the Court in this action and that the dismissal of Plaintiff's claims with prejudice does not affect the possible claims of any other person.